**John FRANKLIN, Plaintiff–Appellant,**

v.

**Tracy JOHNS; A. Huberti; Ten Unknown Named Federal Bureau of Prisons Officers and/or Employees; V. Harris; B. Haywood; A. Forte, Defendants–Appellees.**

No. 11–6128.

United States Court of Appeals, Fourth Circuit.

Submitted: June 13, 2011.

Decided: June 30, 2011.

John Franklin, Appellant Pro Se. Michael Bredenberg, Office of the United States Attorney; Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina; Christina Ann Kelley, Bureau of Prisons, Butner, North Carolina, for Appellees.

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Franklin appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Franklin v. Johns*, No. 5:09–ct–03023–D (E.D.N.C. Jan. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*